IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-CR-30136-DRH-7 |
| | ) | |
| JESUS MANUEL SAAVEDRA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, the Government's Motion to Dismiss Indictment with prejudice is granted.

**IT IS SO ORDERED.**

Signed this 31st day of March, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.03.31
13:08:13 -05'00'

**United States District Court**